No. 8533.   STATE ex Rel. DEXTER GALBREATH, Peti-
tioner, v. DISTRICT COURT OF THE NINTH JUDICIAL
DISTRICT et al., Respondents.

Decided June 5, 1944.

PER CURIAM:   The writ applied for is hereby denied.

*Mr. S. J. Rigney,* for Petitioner.

No. 8483.   LILLIAN BLANK, Plaintiff and Respondent, M.
J. LAMB, Executor, Defendant and Appellant.

Decided June 29, 1944.

PER CURIAM:   The parties hereto having stipulated that
the action having been fully settled upon the merits, it is or-
dered that the appeal herein be, and the same is hereby dis-
missed, each party to pay his or her costs in this court.

*Messrs. Rockwood Brown* and *Horace S. Davis,* and *Franklin
S. Longan,* for Appellant.

*Messrs. Tansil* and *Lamb,* for Respondent.